# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Patricia Shives,

Plaintiff(s)

v.

Unum Life Ins. Co. of America,

Defendant(s)

CASE No C  4:23-cv-02041-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☑ **Private ADR** (*specify process and provider*)

  Private mediation with Adrienne Publicover/Jams

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☑ other requested deadline:  December 8, 2023

Date: August 9, 2023

/s/ Jeena Jiampetti

Attorney for Plaintiff

Date: August 9, 2023

/s/ Nicole Y. Blohm

Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  8/9/2023

Haywood S. Gill Jr.

U.S. DISTRICT JUDGE

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*