1
2
3
4                  UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7    PATRICIA SHIVES,                        Case No.  23-cv-02041-HSG
8                    Plaintiff,              **SCHEDULING ORDER**
9            v.
10   UNUM LIFE INSURANCE COMPANY
     OF AMERICA,
11
                     Defendant.
12
13           A case management conference was held on August 8, 2023.  Having considered the
14   parties' proposals, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal
15   Rule of Civil Procedure 16 and Civil Local Rule 16-10:
16

| Event | Deadline |
|-------|----------|
| Amendment of Pleadings/ Joinder | October 6, 2023 |
| Motion Hearing Deadline | May 2, 2024, at 2:00 p.m. |
| Plaintiff's Opening Brief | May 16, 2024 |
| Defendant's Opening / Opposition Brief | June 13, 2024 |
| Plaintiff's Opposition/Reply Brief | July 11, 2024 |
| Defendant's Reply Brief | August 8, 2024 |
| Bench Trial / Rule 52 Hearing (half day) | September 6, 2024, at 10:00 a.m. |

24   //
25   //
26   //
27   //
28   //

United States District Court
Northern District of California

1         These dates may only be altered by order of the Court and only upon a showing of good

2    cause.  The parties are directed to review and comply with this Court's standing orders.

3        **IT IS SO ORDERED.**

4    Dated:   8/23/2023

5

6    HAYWOOD S. GILLIAM, JR.
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28