1 | Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
2 | Jonathan H. Semerjian (Bar No. 346217)
jsemerjian@mmhllp.com
3 | MESERVE, MUMPER & HUGHES LLP
660 South Figueroa Street, Suite 1980
4 | Los Angeles, California 90017
Telephone:  (213) 620-0300
5 | Facsimile:  (213) 625-1930

6 | Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | PATRICIA SHIVES,                              )  Case No. 4:23-cv-02041-HSG
                                                            )
12 |                    Plaintiff,                      )  **STIPULATION TO DISMISS ENTIRE**
                                                            )  **ACTION WITH PREJUDICE; AND**
13 |         vs.                                          )  **ORDER**
                                                            )
14 | UNUM LIFE INSURANCE COMPANY OF      )
AMERICA,                                            )
15 |                                                         )  Judge:  Hon. Haywood S. Gilliam, Jr.
                                                            )  Ctrm:   2, 4th Floor
16 |                    Defendant.                    )
                                                            )  Complaint Filed:  April 26, 2023
                                                            )  Trial Date:         September 6, 2024
17 | _____)

18 |         IT IS HEREBY STIPULATED, by and between plaintiff PATRICIA SHIVES and defendant

19 | UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their attorneys of record,

20 | that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule

21 | 41(a), *et seq.* of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys'

22 | fees and costs.

23 |         The parties further stipulate and request that all dates set in this matter be vacated and taken

24 | off the Court's calendar.

25 |         The parties seek the Court's approval of the dismissal of the action with prejudice.

26 | ///

27 | ///

28 | ///

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

180918.1

1

Case No.  4:23-cv-02041-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER

1    **IT IS SO STIPULATED**.

2

3    Dated:  October 24, 2023               Jeena Jiampetti
                                            Adetunji Olude
4                                           Cassie Springer Ayeni
                                            SPRINGER AYENI
5

6
                                           By:    */s/ Jeena Jiampetti*
7                                                  Jeena Jiampetti
                                                   Attorneys for Plaintiff
8                                                  PATRICIA SHIVES

9

10

11   Dated:  October 24, 2023               Nicole Y. Blohm
                                            Jonathan H. Semerjian
12                                          MESERVE, MUMPER & HUGHES LLP

13

14                                         By:    */s/ Nicole Y. Blohm*
                                                   Nicole Y. Blohm
15                                                 Attorneys for Defendant
                                                   UNUM LIFE INSURANCE COMPANY
16                                                 OF AMERICA

17

18

19              **Filer's Attestation - Local Rule 5-1.(i)(3)**

20        The filing attorney attests that she has obtained concurrence regarding the filing of this

21   document and its content from the signatories to this document.

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

180918.1

2

Case No.  4:23-cv-02041-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER

1

**ORDER**

2    Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY

3 ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

4    IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby

5 vacated and taken off the Court's calendar.

6    IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and

7 costs in this matter.

8    **IT IS SO ORDERED.**

9

10 Dated:    10/25/2023

Hon. Haywood S. Gilliam, Jr.

11                                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

180918.1

3

Case No.  4:23-cv-02041-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER